UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>　　　　Defendant. | CASE NO. 1:15-cv-00694-MJS (PC)<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>**(ECF No. 9)**<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR COPIES**<br><br>**(ECF No. 10)**<br><br>**CLERK TO SEND PLAINTIFF COPY OF ECF No. 7** |

　　Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action was dismissed without prejudice on June 23, 2015 following the denial of Plaintiff's motion to proceed in forma pauperis and his failure to pay the applicable filing fee in full as ordered by the Court. (ECF No. 7.)

　　Before the Court are Plaintiff's February 16, 2016 motions for extension of time (ECF No. 9) and for copies (ECF No. 10).

　　Plaintiff seeks an extension of time "to file pending documents." This action is closed. There are no pending deadlines. The Court does not anticipate any further filings

from Plaintiff. Accordingly, his motion for extension of time will be denied.

Plaintiff seeks copies of unspecified "case documents." He states that he was moved to another facility and his legal paperwork was misplaced. As a courtesy, the Court will direct the Clerk's Office to send Plaintiff a copy of the order terminating this action. If Plaintiff desires further copies, he must pay the applicable copying fee of $0.50 per page.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 9) is DENIED;
2. Plaintiff's motion for copies (ECF No. 10) is GRANTED IN PART AND DENIED IN PART; and
3. The Clerk's Office shall send Plaintiff a copy of the order dismissing this action without prejudice (ECF No. 7).

IT IS SO ORDERED.

Dated:   March 1, 2016                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE